**FILED**

01/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0098

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0098

_____

IN RE THE MARRIAGE OF

THOMAS N. DIETRICH,

      Petitioner and Appellant,

v.

JOHN H. GODBE,

      Respondent/Appellee.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 20 2021